UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Donald R. Cassling | **Hearing Date** | September 18, 2014 |
| **Bankruptcy Case** | 14 B 20798 | **Adversary No.** | |
| **Title of Case** | William Cruz and Erika Y Cruz | | |

**Brief Statement of Motion**: Application to Pay filing Fees In Installments (Doc #18)

**Names and Addresses of moving counsel**:

**Representing**:

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS HEREBY ORDERED that the debtor(s) shall pay the filing fee according to the following terms: $335 is due on or before November 26, 2014. The order entered June 6, 2014 (docket no. 8) is vacated.

*Donald R. Cassling*
Donald R. Cassling
United States Bankruptcy Judge