**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: CRUZ, MATTHEW | § | Case No. 14-20798 |
|     CRUZ, ERIKA Y | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 02, 2014. The undersigned trustee was appointed on November 12, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of $ 90,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 34,649.17 |
| Bank service fees | 235.40 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 40,115.43 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/25/2014 and the deadline for filing governmental claims was 12/01/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,072.25. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,072.25, for a total compensation of $6,072.25.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $26.00, for total expenses of $26.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/06/2018          By: /s/THOMAS E. SPRINGER, TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-20798  
**Case Name:** CRUZ, MATTHEW  
CRUZ, ERIKA Y  
**Period Ending:** 03/06/18

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 06/02/14 (f)  
**§341(a) Meeting Date:** 06/30/14  
**Claims Bar Date:** 11/25/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Charter One Bank | -1,275.00 | 0.00 | | 0.00 | FA |
| 2 | Clothes, Sock, and Shoes, Winter Co | 2,500.00 | 0.00 | | 0.00 | FA |
| 3 | 2006 Grand Prix | -6,500.00 | 0.00 | | 0.00 | FA |
| 4 | 2004 Jeep Liberty<br>Debtor listed both assets 3&4 with just one value as $-6,500.00; trustee has listed full petition value of $-6,500 for asset #3 and $0.00 for asset #4 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Canon Color Printer | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Civil rights claim (u) | 40,000.00 | 40,000.00 | | 90,000.00 | FA |
| 6 | **Assets Totals** (Excluding unknown values) | **$34,775.00** | **$40,000.00** | | **$90,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Reassigned Joe Voiland case; Special Counsel employed to continue litigation of the Debtor's civil rights action against Cook County relating to medical treatment received as a detainee in Cook County Jail.

Settlement received and Trustee to prepare Fee application as counsel to the Trustee and Final Report.

**Initial Projected Date Of Final Report (TFR):** March 15, 2016  **Current Projected Date Of Final Report (TFR):** February 6, 2018 (Actual)

Printed: 03/06/2018 09:45 AM  V.13.32

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-20798  
**Case Name:** CRUZ, MATTHEW  
CRUZ, ERIKA Y  
**Taxpayer ID #:** **-***5754  
**Period Ending:** 03/06/18

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****691766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/11/17 | {6} | County of Cook | Settlement Pursuant to Order Entered Oct. 6, 2017 | 1242-000 | 90,000.00 | | 90,000.00 |
| 10/13/17 | 101 | Peter R. Coladarci | Special Counsel attorney fees pursuant to Order entered 10/6/17 | 3210-600 | | 30,000.00 | 60,000.00 |
| 10/13/17 | 102 | Peter R. Coladarci | Special Counsel attorney expenses pursuant to Order entered 10/6/17 | 3220-610 | | 4,649.17 | 55,350.83 |
| 10/13/17 | 103 | William Cruz | Debtor's allowed claimed exemption pursuant to Order entered 10/6/17 | 8100-002 | | 15,000.00 | 40,350.83 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.95 | 40,292.88 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.95 | 40,234.93 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.94 | 40,178.99 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.56 | 40,115.43 |
| | | | **ACCOUNT TOTALS** | | **90,000.00** | **49,884.57** | **$40,115.43** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **90,000.00** | **49,884.57** | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$90,000.00** | **$34,884.57** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****691766** | 90,000.00 | 34,884.57 | 40,115.43 |
| | **$90,000.00** | **$34,884.57** | **$40,115.43** |

{} Asset reference(s)

Printed: 03/06/2018 09:45 AM    V.13.32

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 25, 2014

**Case Number:** 14-20798  
**Debtor Name:** CRUZ, MATTHEW

Page: 1

**Date:** March 6, 2018  
**Time:** 09:45:53 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 56444.97] | $6,072.25 | $0.00 | 6,072.25 |
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $26.00 | $0.00 | 26.00 |
| 200 | THOMAS E. SPRINGER<br>SPRINGER BROWN, LLC<br>300 S. County Farm Road ,Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $6,317.00 | $0.00 | 6,317.00 |
| 200 | THOMAS E. SPRINGER<br>SPRINGER BROWN, LLC<br>300 S. County Farm Road ,Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $53.91 | $0.00 | 53.91 |
| 16 200 | Thomas E. Springer, Trustee on behalf of<br>Clerk of the Bankruptcy<br>219 S. Dearborn<br>Chicago, IL 60604 | Admin Ch. 7 | Balance of Filing fee for case#14-20798 | $306.00 | $0.00 | 306.00 |
| 1 610 | Atlas Acquisitions LLC Assignee of Check N Go<br>294 Union St<br>Hackensack, NJ 07601 | Unsecured | | $96.90 | $0.00 | 96.90 |
| 2 610 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $641.81 | $0.00 | 641.81 |
| 3 610 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $537.46 | $0.00 | 537.46 |
| 4 610 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $375.06 | $0.00 | 375.06 |
| 5 610 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $722.81 | $0.00 | 722.81 |
| 6 610 | AURORA EMERGENCY ASSOCIATES, LTD.<br>(Provena Mercy Center)<br>PO Box 12907<br>Norfolk, VA 23541 | Unsecured | Date of service 3/19/14 | $902.00 | $0.00 | 902.00 |
| 7 610 | EMERGENCY MEDICINE OF RACINE, S.C.<br>(Wheaton-Francis All St Hosp)<br>PO Box 12907 | Unsecured | | $764.00 | $0.00 | 764.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 25, 2014

**Case Number:** 14-20798  
**Debtor Name:** CRUZ, MATTHEW

Page: 2

**Date:** March 6, 2018  
**Time:** 09:45:53 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Norfolk, VA 23541 | | | | | |
| 8<br>610 | RACINE ANESTHESIA SERVICES, LLC<br>(All Saints Healthcare)<br>PO Box 12907<br>Norfolk, VA 23541 | Unsecured | | $852.50 | $0.00 | 852.50 |
| 9<br>610 | AURORA EMERGENCY ASSOCIATES, LTD.<br>(Provena Mercy Center)<br>PO Box 12907<br>Norfolk, VA 23541 | Unsecured | Date of service 6/26/14 | $766.00 | $0.00 | 766.00 |
| 10<br>610 | AURORA EMERGENCY ASSOCIATES, LTD.<br>(Provena Mercy Center)<br>PO Box 12907<br>Norfolk, VA 23541 | Unsecured | Date of service 7/8/14 | $400.00 | $0.00 | 400.00 |
| 11<br>610 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | Account # 3417 | $66.13 | $0.00 | 66.13 |
| 12<br>610 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | Account #3687 | $1,414.36 | $0.00 | 1,414.36 |
| 13<br>610 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | Account #5273 | $185.04 | $0.00 | 185.04 |
| 14<br>610 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | Account #9669 | $145.06 | $0.00 | 145.06 |
| 15<br>610 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | Account #1514 & 5968 | $882.78 | $0.00 | 882.78 |
| 1I<br>640 | Atlas Acquisitions LLC Assignee of Check N Go<br>294 Union St<br>Hackensack, NJ 07601 | Unsecured | | $0.37 | $0.00 | 0.37 |
| 2I<br>640 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $2.44 | $0.00 | 2.44 |
| 3I<br>640 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $2.05 | $0.00 | 2.05 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 25, 2014

**Case Number:** 14-20798
**Debtor Name:** CRUZ, MATTHEW

Page: 3

**Date:** March 6, 2018
**Time:** 09:45:53 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4I 640 | American InfoSource LP as agent for Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $1.43 | $0.00 | 1.43 |
| 5I 640 | American InfoSource LP as agent for Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $2.75 | $0.00 | 2.75 |
| 6I 640 | AURORA EMERGENCY ASSOCIATES, LTD.<br>(Provena Mercy Center)<br>PO Box 12907<br>Norfolk, VA 23541 | Unsecured | | $3.44 | $0.00 | 3.44 |
| 7I 640 | EMERGENCY MEDICINE OF RACINE, S.C.<br>(Wheaton-Francis All St Hosp)<br>PO Box 12907<br>Norfolk, VA 23541 | Unsecured | | $2.91 | $0.00 | 2.91 |
| 8I 640 | RACINE ANESTHESIA SERVICES, LLC<br>(All Saints Healthcare)<br>PO Box 12907<br>Norfolk, VA 23541 | Unsecured | | $3.25 | $0.00 | 3.25 |
| 9I 640 | AURORA EMERGENCY ASSOCIATES, LTD.<br>(Provena Mercy Center)<br>PO Box 12907<br>Norfolk, VA 23541 | Unsecured | | $2.92 | $0.00 | 2.92 |
| 10I 640 | AURORA EMERGENCY ASSOCIATES, LTD.<br>(Provena Mercy Center)<br>PO Box 12907<br>Norfolk, VA 23541 | Unsecured | | $1.52 | $0.00 | 1.52 |
| 11I 640 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | | $0.25 | $0.00 | 0.25 |
| 12I 640 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | | $5.39 | $0.00 | 5.39 |
| 13I 640 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | | $0.70 | $0.00 | 0.70 |
| 14I 640 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | | $0.55 | $0.00 | 0.55 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 25, 2014

**Case Number:** 14-20798  
**Debtor Name:** CRUZ, MATTHEW

Page: 4

**Date:** March 6, 2018  
**Time:** 09:45:53 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 15I 640 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848 | Unsecured | | $3.36 | $0.00 | 3.36 |
| SURPLUS 650 | Matthew and Erika Cruz 1108 E. Okaloosa Avenue Tampa, FL 33604 | Unsecured | | $18,555.03 | $0.00 | 18,555.03 |
| << Totals >> | | | | 40,115.43 | 0.00 | 40,115.43 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-20798
Case Name: CRUZ, MATTHEW
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

**Balance on hand:**  $ 40,115.43

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 40,115.43

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 6,072.25 | 0.00 | 6,072.25 |
| Trustee, Expenses - THOMAS E. SPRINGER, TRUSTEE | 26.00 | 0.00 | 26.00 |
| Attorney for Trustee, Fees - THOMAS E. SPRINGER | 6,317.00 | 0.00 | 6,317.00 |
| Attorney for Trustee, Expenses - THOMAS E. SPRINGER | 53.91 | 0.00 | 53.91 |
| Charges, U.S. Bankruptcy Court | 306.00 | 0.00 | 306.00 |

Total to be paid for chapter 7 administration expenses: $ 12,775.16
Remaining balance: $ 27,340.27

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 27,340.27

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 27,340.27 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,751.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC Assignee of Check N Go | 96.90 | 0.00 | 96.90 |
| 2 | Capital One Bank (USA), N.A. | 641.81 | 0.00 | 641.81 |
| 3 | American InfoSource LP as agent for | 537.46 | 0.00 | 537.46 |
| 4 | American InfoSource LP as agent for | 375.06 | 0.00 | 375.06 |
| 5 | American InfoSource LP as agent for | 722.81 | 0.00 | 722.81 |
| 6 | AURORA EMERGENCY ASSOCIATES, LTD. | 902.00 | 0.00 | 902.00 |
| 7 | EMERGENCY MEDICINE OF RACINE, S.C. | 764.00 | 0.00 | 764.00 |
| 8 | RACINE ANESTHESIA SERVICES, LLC | 852.50 | 0.00 | 852.50 |
| 9 | AURORA EMERGENCY ASSOCIATES, LTD. | 766.00 | 0.00 | 766.00 |
| 10 | AURORA EMERGENCY ASSOCIATES, LTD. | 400.00 | 0.00 | 400.00 |
| 11 | American InfoSource LP as agent for | 66.13 | 0.00 | 66.13 |
| 12 | American InfoSource LP as agent for | 1,414.36 | 0.00 | 1,414.36 |

**UST Form 101-7-TFR (05/1/2011)**

| Claim No | Claimant | Allowed Amount | Interim Payments | Proposed Payment |
|---|---|---|---|---|
| 13 | American InfoSource LP as agent for | 185.04 | 0.00 | 185.04 |
| 14 | American InfoSource LP as agent for | 145.06 | 0.00 | 145.06 |
| 15 | American InfoSource LP as agent for | 882.78 | 0.00 | 882.78 |

|  | Total to be paid for timely general unsecured claims: | $ | 8,751.91 |
|---|---|---|---|
|  | Remaining balance: | $ | 18,588.36 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 18,588.36 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 18,588.36 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $33.33. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 18,555.03.

**UST Form 101-7-TFR (05/1/2011)**