UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **CRUZ, MATTHEW and** | ) | Bankruptcy No. 14-20798 |
| **CRUZ, ERIKA Y.,** | ) | |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 9, 2018, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein and additionally sent via email to Matthew Cruz at cruz.mattw@gmail.com

**VIA ECF SERVICE**
Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

**VIA REGULAR MAIL**

| | | |
|---|---|---|
| Matthew and Erika Cruz<br>1108 E. Okaloosa Avenue<br>Tampa, FL 33604 | Capital One Bank (USA), N.A.<br>by American InfoSource LP<br>PO Box 71083<br>Charlotte, NC 28272-1083 | EMERGENCY MEDICINE OF RACINE, S.C.<br>(Wheaton-Francis All St Hosp)<br>PO Box 12907<br>Norfolk, VA 23541 |
| Matthew and Erika Cruz<br>3553 E. Layton Blvd., Apt. 201<br>Cudahy, WI 53110 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | RACINE ANESTHESIA SERVICES, LLC<br>(All Saints Healthcare)<br>PO Box 12907<br>Norfolk, VA 23541 |
| Atlas Acquisitions LLC Assignee of Check N Go<br>294 Union St<br>Hackensack, NJ 07601 | AURORA EMERGENCY ASSOCIATES, LTD.<br>(Provena Mercy Center)<br>PO Box 12907<br>Norfolk, VA 23541 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 |

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000