# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: CRUZ, MATTHEW  § Case No. 14-20798
      CRUZ, ERIKA Y  §
        §
Debtor(s)  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    THOMAS E. SPRINGER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $-5,225.00     Assets Exempt: $7,200.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,785.68     Claims Discharged
    Without Payment: $0.00

Total Expenses of Administration: $46,273.44

---

    3) Total gross receipts of $ 90,010.92 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 34,951.80 (see **Exhibit 2**), yielded net receipts of $55,059.12 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 47,619.44 | 46,273.44 | 46,273.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 8,785.68 | 8,785.68 | 8,785.68 |
| **TOTAL DISBURSEMENTS** | $0.00 | $56,405.12 | $55,059.12 | $55,059.12 |

4) This case was originally filed under Chapter 7 on June 02, 2014. The case was pending for 54 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/05/2018          By: /s/THOMAS E. SPRINGER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Civil rights claim | 1242-000 | 90,000.00 |
| Overpayment Emergency Medicine of Racine/ | 1290-000 | 10.92 |
| **TOTAL GROSS RECEIPTS** | | **$90,010.92** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| William Cruz | Debtor's allowed claimed exemption pursuant to Order entered 10/6/17 | 8100-002 | 15,000.00 |
| MATTHEW and ERIKA CRUZ | Dividend paid 100.00% on $19,940.88; Claim# SURPLUS; Filed: $19,940.88; Reference: | 8200-002 | 19,940.88 |
| MATTHEW and ERIKA CRUZ | additional surplus from funds returned from a creditor pursuant to Supplemental Distribution filed 10/1/18 | 8200-002 | 10.92 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$34,951.80** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS E. SPRINGER | 2100-000 | N/A | 6,002.96 | 6,002.96 | 6,002.96 |
| Trustee Expenses - THOMAS E. SPRINGER | 2200-000 | N/A | 26.00 | 26.00 | 26.00 |
| Attorney for Trustee Fees (Trustee Firm) - THOMAS E. SPRINGER | 3110-000 | N/A | 6,317.00 | 5,000.00 | 5,000.00 |
| Attorney for Trustee Expenses (Trustee Firm) - THOMAS E. SPRINGER | 3120-000 | N/A | 53.91 | 53.91 | 53.91 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 335.00 | 306.00 | 306.00 |
| Other - Peter R. Coladarci | 3210-600 | N/A | 30,000.00 | 30,000.00 | 30,000.00 |
| Other - Peter R. Coladarci | 3220-610 | N/A | 4,649.17 | 4,649.17 | 4,649.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.95 | 57.95 | 57.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.95 | 57.95 | 57.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 55.94 | 55.94 | 55.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 63.56 | 63.56 | 63.56 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $47,619.44 | $46,273.44 | $46,273.44 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC Assignee of Check N Go | 7100-000 | N/A | 96.90 | 96.90 | 96.90 |
| 1I | Atlas Acquisitions LLC Assignee of Check N Go | 7990-000 | N/A | 0.37 | 0.37 | 0.37 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 641.81 | 641.81 | 641.81 |
| 2I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 2.48 | 2.48 | 2.48 |
| 3 | American InfoSource LP as agent for | 7100-000 | N/A | 537.46 | 537.46 | 537.46 |
| 3I | American InfoSource LP as agent for | 7990-000 | N/A | 2.07 | 2.07 | 2.07 |
| 4 | American InfoSource LP as agent for | 7100-000 | N/A | 375.06 | 375.06 | 375.06 |
| 4I | American InfoSource LP as agent for | 7990-000 | N/A | 1.45 | 1.45 | 1.45 |
| 5 | American InfoSource LP as agent for | 7100-000 | N/A | 722.81 | 722.81 | 722.81 |
| 5I | American InfoSource LP as agent for | 7990-000 | N/A | 2.79 | 2.79 | 2.79 |
| 6 | AURORA EMERGENCY ASSOCIATES, LTD. | 7100-000 | N/A | 902.00 | 902.00 | 902.00 |
| 6I | AURORA EMERGENCY ASSOCIATES, LTD. | 7990-000 | N/A | 3.48 | 3.48 | 3.48 |
| 7 | EMERGENCY MEDICINE OF RACINE, S.C. | 7100-000 | N/A | 764.00 | 764.00 | 764.00 |
| 7I | EMERGENCY MEDICINE OF RACINE, S.C. | 7990-000 | N/A | 2.95 | 2.95 | 2.95 |
| 8 | RACINE ANESTHESIA SERVICES, LLC | 7100-000 | N/A | 852.50 | 852.50 | 852.50 |
| 8I | RACINE ANESTHESIA SERVICES, LLC | 7990-000 | N/A | 3.29 | 3.29 | 3.29 |
| 9 | AURORA EMERGENCY ASSOCIATES, LTD. | 7100-000 | N/A | 766.00 | 766.00 | 766.00 |
| 9I | AURORA EMERGENCY ASSOCIATES, LTD. | 7990-000 | N/A | 2.95 | 2.95 | 2.95 |
| 10 | AURORA EMERGENCY ASSOCIATES, LTD. | 7100-000 | N/A | 400.00 | 400.00 | 400.00 |
| 10I | AURORA EMERGENCY ASSOCIATES, LTD. | 7990-000 | N/A | 1.54 | 1.54 | 1.54 |
| 11 | American InfoSource LP as agent for | 7100-000 | N/A | 66.13 | 66.13 | 66.13 |
| 11I | American InfoSource LP as agent for | 7990-000 | N/A | 0.26 | 0.26 | 0.26 |
| 12 | American InfoSource LP as agent for | 7100-000 | N/A | 1,414.36 | 1,414.36 | 1,414.36 |
| 12I | American InfoSource LP as agent for | 7990-000 | N/A | 5.46 | 5.46 | 5.46 |
| 13 | American InfoSource LP as agent for | 7100-000 | N/A | 185.04 | 185.04 | 185.04 |
| 13I | American InfoSource LP as agent for | 7990-000 | N/A | 0.71 | 0.71 | 0.71 |
| 14 | American InfoSource LP as agent for | 7100-000 | N/A | 145.06 | 145.06 | 145.06 |
| 14I | American InfoSource LP as agent for | 7990-000 | N/A | 0.56 | 0.56 | 0.56 |
| 15 | American InfoSource LP as agent for | 7100-000 | N/A | 882.78 | 882.78 | 882.78 |
| 15I | American InfoSource LP as agent for | 7990-000 | N/A | 3.41 | 3.41 | 3.41 |

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $0.00 | $8,785.68 | $8,785.68 | $8,785.68 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-20798　　**Trustee:** (330640) THOMAS E. SPRINGER
**Case Name:** CRUZ, MATTHEW　　**Filed (f) or Converted (c):** 06/02/14 (f)
　　　　　　　CRUZ, ERIKA Y　　**§341(a) Meeting Date:** 06/30/14
**Period Ending:** 12/05/18　　**Claims Bar Date:** 11/25/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Charter One Bank | -1,275.00 | 0.00 | | 0.00 | FA |
| 2   Clothes, Sock, and Shoes, Winter Co | 2,500.00 | 0.00 | | 0.00 | FA |
| 3   2006 Grand Prix | -6,500.00 | 0.00 | | 0.00 | FA |
| 4   2004 Jeep Liberty<br>Debtor listed both assets 3&4 with just one value as $-6,500.00; trustee has listed full petition value of $-6,500 for asset #3 and $0.00 for asset #4 | 0.00 | 0.00 | | 0.00 | FA |
| 5   Canon Color Printer | 50.00 | 0.00 | | 0.00 | FA |
| 6   Civil rights claim  (u) | 40,000.00 | 40,000.00 | | 90,000.00 | FA |
| 7   Overpayment Emergency Medicine of Racine/  (u) | 10.92 | 10.92 | | 10.92 | FA |
| **7 Assets   Totals** (Excluding unknown values) | **$34,785.92** | **$40,010.92** | | **$90,010.92** | **$0.00** |

**Major Activities Affecting Case Closing:**

　　Reassigned Joe Voiland case; Special Counsel employed to continue litigation of the Debtor's civil rights action against Cook County relating to medical treatment received as a detainee in Cook County Jail.

　　Settlement received and Trustee to prepare Fee application as counsel to the Trustee and Final Report.

**Initial Projected Date Of Final Report (TFR):**　　March 15, 2016　　**Current Projected Date Of Final Report (TFR):**　　February 6, 2018  (Actual)

Printed: 12/05/2018 12:40 PM　　V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-20798
**Case Name:** CRUZ, MATTHEW
CRUZ, ERIKA Y
**Taxpayer ID #:** **-***5754
**Period Ending:** 12/05/18

**Trustee:** THOMAS E. SPRINGER (330640)
**Bank Name:** Rabobank, N.A.
**Account:** ******1766 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/11/17 | {6} | County of Cook | Settlement Pursuant to Order Entered Oct. 6, 2017 | 1242-000 | 90,000.00 | | 90,000.00 |
| 10/13/17 | 101 | Peter R. Coladarci | Special Counsel attorney fees pursuant to Order entered 10/6/17 | 3210-600 | | 30,000.00 | 60,000.00 |
| 10/13/17 | 102 | Peter R. Coladarci | Special Counsel attorney expenses pursuant to Order entered 10/6/17 | 3220-610 | | 4,649.17 | 55,350.83 |
| 10/13/17 | 103 | William Cruz | Debtor's allowed claimed exemption pursuant to Order entered 10/6/17 | 8100-002 | | 15,000.00 | 40,350.83 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.95 | 40,292.88 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.95 | 40,234.93 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.94 | 40,178.99 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.56 | 40,115.43 |
| 04/17/18 | 104 | Clerk of the Bankruptcy | Dividend paid 100.00% on $306.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 306.00 | 39,809.43 |
| 04/17/18 | 105 | MATTHEW and ERIKA CRUZ | Dividend paid 100.00% on $19,940.88; Claim# SURPLUS; Filed: $19,940.88; Reference: | 8200-002 | | 19,940.88 | 19,868.55 |
| 04/17/18 | 106 | THOMAS E. SPRINGER | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 6,028.96 | 13,839.59 |
| | | | Dividend paid 100.00%   6,002.96 on $6,002.96;  Claim# ; Filed: $6,002.96 | 2100-000 | | | 13,839.59 |
| | | | Dividend paid 100.00%   26.00 on $26.00;  Claim# ; Filed: $26.00 | 2200-000 | | | 13,839.59 |
| 04/17/18 | 107 | American InfoSource LP as agent for | Combined Check for Claims#11,12,13,14,15,11I,12I,13I,14I,15I | | | 2,703.77 | 11,135.82 |
| | | | Dividend paid 100.00%   66.13 on $66.13;  Claim# 11; Filed: $66.13 | 7100-000 | | | 11,135.82 |
| | | | Dividend paid 100.00%   1,414.36 on $1,414.36;  Claim# 12; Filed: $1,414.36 | 7100-000 | | | 11,135.82 |
| | | | Dividend paid 100.00%   185.04 on $185.04;  Claim# 13; Filed: $185.04 | 7100-000 | | | 11,135.82 |
| | | | Dividend paid 100.00%   145.06 on $145.06;  Claim# 14; | 7100-000 | | | 11,135.82 |

Subtotals :   $90,000.00   $78,864.18

{} Asset reference(s)

Printed: 12/05/2018 12:40 PM    V.14.14

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 14-20798 | **Trustee:** THOMAS E. SPRINGER (330640) |
| **Case Name:** CRUZ, MATTHEW / CRUZ, ERIKA Y | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******1766 - Checking Account |
| **Taxpayer ID #:** **-***5754 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 12/05/18 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Filed: $145.06 | | | | | |
| | | | Dividend paid 100.00% on $882.78; Claim# 15; Filed: $882.78 | 882.78 | 7100-000 | | | 11,135.82 |
| | | | Dividend paid 100.00% on $0.26; Claim# 11I; Filed: $0.26 | 0.26 | 7990-000 | | | 11,135.82 |
| | | | Dividend paid 100.00% on $5.46; Claim# 12I; Filed: $5.46 | 5.46 | 7990-000 | | | 11,135.82 |
| | | | Dividend paid 100.00% on $0.71; Claim# 13I; Filed: $0.71 | 0.71 | 7990-000 | | | 11,135.82 |
| | | | Dividend paid 100.00% on $0.56; Claim# 14I; Filed: $0.56 | 0.56 | 7990-000 | | | 11,135.82 |
| | | | Dividend paid 100.00% on $3.41; Claim# 15I; Filed: $3.41 | 3.41 | 7990-000 | | | 11,135.82 |
| 04/17/18 | 108 | American InfoSource LP as agent for | Combined Check for Claims#3,4,5,3I,4I,5I | | | | 1,641.64 | 9,494.18 |
| | | | Dividend paid 100.00% on $537.46; Claim# 3; Filed: $537.46 | 537.46 | 7100-000 | | | 9,494.18 |
| | | | Dividend paid 100.00% on $375.06; Claim# 4; Filed: $375.06 | 375.06 | 7100-000 | | | 9,494.18 |
| | | | Dividend paid 100.00% on $722.81; Claim# 5; Filed: $722.81 | 722.81 | 7100-000 | | | 9,494.18 |
| | | | Dividend paid 100.00% on $2.07; Claim# 3I; Filed: $2.07 | 2.07 | 7990-000 | | | 9,494.18 |
| | | | Dividend paid 100.00% on $1.45; Claim# 4I; Filed: $1.45 | 1.45 | 7990-000 | | | 9,494.18 |
| | | | Dividend paid 100.00% on $2.79; Claim# 5I; Filed: $2.79 | 2.79 | 7990-000 | | | 9,494.18 |

Subtotals : $0.00  $1,641.64

{} Asset reference(s)  Printed: 12/05/2018 12:40 PM  V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 14-20798 | | **Trustee:** | THOMAS E. SPRINGER (330640) |
|---|---|---|---|---|
| **Case Name:** | CRUZ, MATTHEW | | **Bank Name:** | Rabobank, N.A. |
| | CRUZ, ERIKA Y | | **Account:** | ******1766 - Checking Account |
| **Taxpayer ID #:** | **-***5754 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 12/05/18 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/17/18 | 109 | Atlas Acquisitions LLC Assignee of Check N Go | Combined Check for Claims#1,1I | | | 97.27 | 9,396.91 |
| | | | Dividend paid 100.00% on $96.90;  Claim# 1; Filed: $96.90 | 96.90 | 7100-000 | | 9,396.91 |
| | | | Dividend paid 100.00% on $0.37;  Claim# 1I; Filed: $0.37 | 0.37 | 7990-000 | | 9,396.91 |
| 04/17/18 | 110 | AURORA EMERGENCY ASSOCIATES, LTD. | Combined Check for Claims#6,9,10,6I,9I,10I | | | 2,075.97 | 7,320.94 |
| | | | Dividend paid 100.00% on $902.00;  Claim# 6; Filed: $902.00 | 902.00 | 7100-000 | | 7,320.94 |
| | | | Dividend paid 100.00% on $766.00;  Claim# 9; Filed: $766.00 | 766.00 | 7100-000 | | 7,320.94 |
| | | | Dividend paid 100.00% on $400.00;  Claim# 10; Filed: $400.00 | 400.00 | 7100-000 | | 7,320.94 |
| | | | Dividend paid 100.00% on $3.48;  Claim# 6I; Filed: $3.48 | 3.48 | 7990-000 | | 7,320.94 |
| | | | Dividend paid 100.00% on $2.95;  Claim# 9I; Filed: $2.95 | 2.95 | 7990-000 | | 7,320.94 |
| | | | Dividend paid 100.00% on $1.54;  Claim# 10I; Filed: $1.54 | 1.54 | 7990-000 | | 7,320.94 |
| 04/17/18 | 111 | Capital One Bank (USA), N.A. | Combined Check for Claims#2,2I | | | 644.29 | 6,676.65 |
| | | | Dividend paid 100.00% on $641.81;  Claim# 2; Filed: $641.81 | 641.81 | 7100-000 | | 6,676.65 |
| | | | Dividend paid 100.00% on $2.48;  Claim# 2I; Filed: $2.48 | 2.48 | 7990-000 | | 6,676.65 |
| 04/17/18 | 112 | EMERGENCY MEDICINE OF RACINE, S.C. | Combined Check for Claims#7,7I | | | 766.95 | 5,909.70 |
| | | | Dividend paid 100.00% on $764.00;  Claim# 7; | 764.00 | 7100-000 | | 5,909.70 |

Subtotals :   $0.00   $3,584.48

{} Asset reference(s)   Printed: 12/05/2018 12:40 PM   V.14.14

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 14-20798  
**Case Name:** CRUZ, MATTHEW  
CRUZ, ERIKA Y  
**Taxpayer ID #:** **-***5754  
**Period Ending:** 12/05/18

**Trustee:** THOMAS E. SPRINGER (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $764.00 | | | | |
| | | | Dividend paid 100.00% on $2.95; Claim# 7I; Filed: $2.95 | 7990-000 | | 2.95 | 5,909.70 |
| 04/17/18 | 113 | RACINE ANESTHESIA SERVICES, LLC | Combined Check for Claims#8,8I | | | 855.79 | 5,053.91 |
| | | | Dividend paid 100.00% on $852.50; Claim# 8; Filed: $852.50 | 7100-000 | | 852.50 | 5,053.91 |
| | | | Dividend paid 100.00% on $3.29; Claim# 8I; Filed: $3.29 | 7990-000 | | 3.29 | 5,053.91 |
| 04/17/18 | 114 | THOMAS E. SPRINGER | Combined Check for Claims#et_al. | | | 5,053.91 | 0.00 |
| | | | Dividend paid 100.00% on $5,000.00; Claim# ; Filed: $6,317.00 | 3110-000 | | 5,000.00 | 0.00 |
| | | | Dividend paid 100.00% on $53.91; Claim# ; Filed: $53.91 | 3120-000 | | 53.91 | 0.00 |
| 09/05/18 | {7} | AmeriTeam Services LLC | Overpayment Emergency Medicine of Racine | 1290-000 | 10.92 | | 10.92 |
| 10/05/18 | 115 | MATTHEW and ERIKA CRUZ | additional surplus from funds returned from a creditor pursuant to Supplemental Distribution filed 10/1/18 | 8200-002 | | 10.92 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 90,010.92 | 90,010.92 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 90,010.92 | 90,010.92 | |
| | | | Less: Payments to Debtors | | | 34,951.80 | |
| | | | **NET Receipts / Disbursements** | | **$90,010.92** | **$55,059.12** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1766** | 90,010.92 | 55,059.12 | 0.00 |
| | **$90,010.92** | **$55,059.12** | **$0.00** |

{} Asset reference(s)

Printed: 12/05/2018 12:40 PM   V.14.14